UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICA FIRST LEGAL FOUNDATION, <br> 611 Pennsylvania Ave SE #231 <br> Washington, DC 20003 <br><br> *Plaintiff,* <br><br> v. <br><br> UNITED STATES DEPARTMENT OF STATE, <br> 2201 C St NW <br> Washington, DC 20451 <br><br> UNITED STATES DEPARTMENT OF JUSTICE, <br> 950 Pennsylvania Avenue, NW <br> Washington, DC 20530 <br><br> and <br><br> UNITED STATES DEPARTMENT OF HOMELAND SECURITY, <br> 2707 Martin Luther King Jr. Ave, SE <br> Washington, DC 20528 <br><br> *Defendants.* | Civil Action 24-3113 |

**COMPLAINT**

1.     Plaintiff America First Legal Foundation ("AFL") brings this action against the United States Department of State, United States Department of Justice, and Department of Homeland Security to compel compliance with the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.

1

## JURISDICTION AND VENUE

2. The Court has jurisdiction over this action pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1331. Additionally, it may grant declaratory relief pursuant to 28 U.S.C. § 2201 *et seq*.

3. Venue is proper in this District pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1391(e).

## PARTIES

4. Plaintiff AFL is a nonprofit organization working to promote the rule of law in the United States, prevent executive overreach, ensure due process and equal protection for all Americans, and encourage public knowledge and understanding of the law and individual rights guaranteed under the United States Constitution and the laws of the United States. AFL's mission includes promoting government transparency and accountability by gathering official information, analyzing it, and disseminating it through reports, press releases, and/or other media, including social media platforms, all to educate the public.

5. Defendant United States Department of State is an "agency" within the meaning of 5 U.S.C. § 552(f), with its offices located at 2201 C St. NW, Washington, DC 20451. The Department of State has possession and control of the records AFL seeks.

6. Defendant, the United States Department of Justice ("DOJ"), is an "agency" within the meaning of 5 U.S.C. § 552(f), with its offices located at 950

Pennsylvania Avenue, NW Washington, DC 20530. DOJ has possession and control of the records AFL seeks.

7. Defendant Department of Homeland Security ("DHS"), is an "agency" within the meaning of 5 U.S.C. § 552(f), with its offices located at 2707 Martin Luther King Jr. Ave, SE Washington, DC 20528. DHS has possession and control of the records AFL seeks.

## FACTS

*Department of State FOIA Request*

8. On August 22, 2024, AFL submitted a FOIA request to the United States Department of State seeking records related to AFL's August 16, 2024, letter to the Department of State Office of the Inspector General relating to the Department of State's failure to investigate and prosecute pro-Hamas criminal conduct in the United States. *Ex. 1; see also* letter from Reed Rubinstein, Senior Vice President, Am. First Legal Found., to the Hon. Dr. Joseph V. Cuffari, Inspector Gen., U.S. Dep't of Homeland Sec., and the Hon. Cardell K. Richardson, Inspector Gen., U.S. Dep't of State (Aug. 16, 2024) (available at https://perma.cc/Y2GU-ENQQ).

9. AFL requested expedited processing of the request under 22 C.F.R. § 171.12(d)(1)(ii), stating that "this request is 'urgent' because it seeks information regarding the Department of State's apparent failure to enforce the laws of the United States. It is imperative that Americans learn whether there is a stand-down order in place at the Department of State with respect to these laws. This request accordingly satisfies the Department's standard that 'there exists an urgency to inform the public

concerning actual or alleged Federal Government activity,' especially as we approach a Presidential election and as the criminal actions occurring in pro-Hamas demonstrations persist." *See id*. at 2.

10. AFL also certified that it is an organization "primarily engaged in disseminating information" under 22 C.F.R. § 171.12(d)(1)(ii). *Id.* at 2.

11. On August 29, 2024, the Department of State Office of Inspector General confirmed receipt of the FOIA request and assigned it the tracking number No. 2024-F-107. *See Ex. 2.*

12. In the August 29, 2024, letter, the Department of State Office of Inspector General denied AFL's request for expedited processing. *See id* at 2.

13. As of the date of filing, AFL has received no further communications from the Department of State concerning this FOIA request.

*Department of Justice FOIA Request*

14. On August 22, 2024, AFL submitted a FOIA request to the United States Department of Justice Office of the Inspector General seeking records related to AFL's August 16, 2024, letter to the DOJ Office of the Inspector General relating to DOJ's failure to investigate and prosecute pro-Hamas criminal conduct in the United States. *Ex. 3*; *see also* letter from Reed Rubinstein, Senior Vice President, Am. First Legal Found., to the Hon. Michael E. Horowitz, Inspector Gen., U.S. Dep't of Just. (Aug. 16, 2024) (available at https://perma.cc/ZVX7-DDBW).

15. AFL requested expedited processing of the request under 28 C.F.R. § 16.5(e), stating that "this request is 'urgent' because it seeks information regarding

4

the Department of Justice's apparent failure to enforce the laws of the United States. It is imperative that Americans learn whether there is a stand-down order in place at the Department of Justice with respect to these laws. This request accordingly satisfies the Department's standard that a 'matter of widespread and exceptional media interest in which there exist possible questions about the government's integrity that affect public confidence,' especially as we approach a Presidential election and as the criminal actions occurring in pro-Hamas demonstrations persist." *See id.* at 2.

16. AFL also certified that it is "primarily engaged in disseminating information" under 28 C.F.R. § 16.5(e)(1)(ii). *Id.* at 2

17. On August 26, 2024, the DOJ Office of the Inspector General ("DOJ OIG") confirmed receipt of the FOIA request, assigned it the tracking number 24-OIG-421, and transferred the determination for expedited processing to DOJ Office of Public Affairs. *See Ex. 4.*

18. On September 23, 2024, DOJ OIG stated that the DOJ Office of Public Affairs had denied AFL's request for expedited processing of the request under 28 C.F.R. § 16.5(e)(1)(iv). *See Ex. 5.*

19. As of the date of filing, AFL has received no further communications from DOJ concerning this FOIA.

*Department of Homeland Security FOIA Request*

20. On August 22, 2024, AFL submitted a FOIA request to the DHS Office of the Inspector General seeking records related to AFL's August 16, 2024, letter to

5

the DOJ Office of the Inspector General relating to DOJ's failure to investigate and prosecute pro-Hamas criminal conduct in the United States. *Ex. 6*; *see also* letter from Reed Rubinstein, Senior Vice President, Am. First Leg. Found., to the Hon. Dr. Joseph V. Cuffari, Inspector Gen., U.S. Dep't of Homeland Sec., and the Hon. Cardell K. Richardson, Inspector Gen., U.S. Dep't of State (Aug. 16, 2024) (available at https://perma.cc/Y2GU-ENQQ).

21. AFL requested expedited processing of the request under 6 C.F.R. § 5.5(e), arguing that "this request is 'urgent' because it seeks information regarding the Department of Homeland Security's apparent failure to enforce the laws of the United States. It is imperative that Americans learn whether there is a stand-down order in place at the Department of Homeland Security with respect to these laws. This request accordingly satisfies the Department's standard that the request relates to a 'matter of widespread and exceptional media interest in which there exist possible questions about the government's integrity which affect public confidence,' especially as we approach a Presidential election and as the criminal actions occurring in pro-Hamas demonstrations persist. 6 C.F.R. § 5.5(e)(1)(iv)." *Id.* at 2.

22. AFL also certified that it is "primarily engaged in disseminating information" under 6 C.F.R. § 5.5(e). *Id.*

23. As of the date of filing, AFL has received no further communications from DHS concerning this FOIA.

## CLAIM FOR RELIEF

### Violation of FOIA, 5 U.S.C. § 552

24. AFL repeats paragraphs 1–23.

25. AFL properly requested records within the possession, custody, and control of the Defendants.

26. The Defendants have failed to produce the requested records within the statutory time limit.

27. Accordingly, AFL has exhausted its administrative remedies. *See* 5 U.S.C. § 552(a)(6)(c)(i).

28. Additionally, in each instance, AFL sufficiently showed that expedited processing was appropriate by citing facts demonstrating widespread media interest in these issues.

29. Moreover, as an entity "primarily engaged in disseminating information," AFL has sufficiently demonstrated the "urgency to inform the public concerning actual or alleged Federal Government activity." 5 U.S.C. § 552(a)(6)(E)(v)(II).

30. Nevertheless, the Defendants failed to comply with FOIA and their own regulations by denying AFL's requests for expedited processing.

31. Accordingly, the Defendants have violated FOIA.

### RELIEF REQUESTED

WHEREFORE, AFL respectfully requests this Court:

i. Declare that the records sought by these requests, as described in the foregoing, must be disclosed pursuant to 5 U.S.C. § 552;

ii. Reverse the determinations by the Defendants denying expedited processing for these requests;

ii. Order the Defendants to conduct searches immediately for all records responsive to AFL's FOIA requests and demonstrate that they employed search methods reasonably likely to lead to the discovery of responsive records;

iii. Order the Defendants to produce by a date certain all non-exempt records responsive to AFL's FOIA requests;

iv. Award AFL attorney's fees and costs pursuant to 5 U.S.C. § 552(a)(4)(E); and

v. Grant AFL such other and further relief as this court deems proper

November 1, 2024.

Respectfully submitted,

/s/ William Scolinos
William Scolinos (DC Bar No. 90023488)
Michael Ding (DC Bar No. 1027252)
(301) 965-0179
AMERICA FIRST LEGAL FOUNDATION
611 Pennsylvania Avenue SE #231
Washington, DC 20003
William.Scolinos@aflegal.org

*Counsel for America First Legal Foundation*