UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICA FIRST LEGAL FOUNDATION,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF STATE, et al.,<br><br>Defendants. | Civil Action No. 24-3113 (RBW) |

## JOINT STATUS REPORT

Pursuant to the Court's April 8, 2025, Minute Order, the parties have conferred and provide the following joint status report. This Freedom of Information Act ("FOIA") action concerns requests Plaintiff submitted to the Department of State's, the Department of Justice's, and the Department of Homeland Security's Office of Inspector General ("OIG") on August 22, 2024, for "records related to [Plaintiff]'s August 16, 2024, letter" to each Defendant's OIG "relating to [that agency]'s failure to investigate and prosecute pro-Hamas criminal conduct in the United States." Compl. ¶¶ 8, 14, 20, ECF No. 1.

As previously reported, each Defendant issued final determinations to Plaintiff. The parties expect to meet and confer on the final determinations made by Defendants in an effort to eliminate or narrow any issues. Given this status, the parties believe that summary judgment briefing and filing of a *Vaughn* Index is premature at this time. The parties propose filing another Joint Status Report in sixty days, or on or before August 8, 2025, to update the Court on the status of the parties' discussions, and if necessary, will propose a briefing schedule.

Dated: June 9, 2025

  */s/ William Scolinos*
William Scolinos (DC Bar No. 90023488)
(301) 965-0179
AMERICA FIRST LEGAL FOUNDATION
611 Pennsylvania Avenue SE #231
Washington, DC 20003
William.Scolinos@aflegal.org

*Counsel for America First Legal Foundation*

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:   */s/ Erika Oblea*
    ERIKA OBLEA, D.C. Bar No. 1034393
    Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530
    (202) 252-2567
    erika.oblea@usdoj.gov

*Attorneys for the United States of America*