UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICA FIRST LEGAL FOUNDATION,<br><br>　Plaintiff,<br><br>　v.<br><br>DEPARTMENT OF STATE, et al.,<br><br>　Defendants. | Civil Action No. 24-3113 (RBW) |

**STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to this action hereby stipulate to dismiss this action with prejudice, with each party to bear their own attorney's fees and costs.

Dated: July 14, 2025

　*/s/ William Scolinos*
William Scolinos (DC Bar No. 90023488)
(301) 965-0179
AMERICA FIRST LEGAL FOUNDATION
611 Pennsylvania Avenue SE #231
Washington, DC 20003
William.Scolinos@aflegal.org

*Counsel for America First Legal Foundation*

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney


By:　*/s/ Erika Oblea*
　　ERIKA OBLEA, D.C. Bar No. 1034393
　　Assistant United States Attorney
　　601 D Street, NW
　　Washington, DC 20530
　　(202) 252-2567
　　erika.oblea@usdoj.gov

*Attorneys for the United States of America*